UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Atrinea Holdings, LLC, a New Mexico
Limited Liability Company
(Tax I.D. 47-3521215)

No. _____

Debtor.

## AFFIDAVIT OF PROPOSED ATTORNEYS
## FOR DEBTOR IN POSSESSION

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF BERNALILLO   )

I, **STEVEN TAL YOUNG,** an attorney with Tal Young, P.C., do solemnly swear:

1. I am an attorney at law duly admitted to practice in all state and federal courts in New Mexico and am admitted to practice before the United States Bankruptcy Court for the District of New Mexico.

2. I maintain an office at 20 First Plaza NW, Suite. 500, Albuquerque, New Mexico, 87103.

3. To the best of my knowledge, Tal Young, P.C. has no connection with the Debtor in Possession, any creditor, or other party in interest or their respective attorneys or accountants other than that which is specified by virtue of the Application filed in connection herewith.

4. To the best of my knowledge, Tal Young, P.C. neither holds nor represents any interest adverse to the estate.

**FURTHER AFFIANT SAYETH NOT.**

_____
STEVEN TAL YOUNG, ESQ.
Attorneys for Debtor in Possession
20 First Plaza, NW
Suite 500
Albuquerque, NM 87103
(505) 247-0007 telephone
(505) 764-6099 facsimile

**SUBSCRIBED AND SWORN** to before me this 30th day of March, 2015, by Steven Tal Young.

_____
Notary Public

My Commission Expires:

May 13-2016

> Official Seal
> SHEILA MCGLOTHLIN
> Notary Public
> State of New Mexico
> My Commission Expires _____

2