UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re Atrinea Holdings, LLC

                    Debtor.                    No.

CORPORATE OWNERSHIP STATEMENT – BANKRUPTCY CASE
☒ Initial Disclosure *(file with petition)*
☐ Supplemental Disclosure *(file upon change in circumstances)*

Pursuant to Fed. R. Bankr. P. 1007 (a)(1), the debtor:

☐ identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests:

[*list names of corporations here*]

OR

☒ states that there are no entities to report.

I, Philip Briggs, Manager and sole Member of the debtor, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my information and belief.

Atrinea Holdings, LLC

By: _____/s/ Philip Briggs_____
      Philip Briggs

Name of Authorized Individual

Title of Authorized Individual

F:\FORMS\drafts\corporate ownership statement bankruptcy.wpd

Case 15-10813-j11    Doc 4    Filed 03/30/15    Entered 03/30/15 17:30:35 Page 1 of 1